```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re *Ex Parte* Application of Nebahat Evyap İşbilen, pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,

        Petitioner.

Misc. Case No. 22-mc-00057

### ORDER APPROVING APPLICATION OF NEBAHAT EVYAP İŞBİLEN PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

This case comes before the Court on the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings, (the "Application"), filed by Petitioner Nebahat Evyap İşbilen.  This Court, having reviewed the Application, the Memorandum of Law in Support thereof, the Declaration of Jonathan Tickner, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.

It is therefore ORDERED that Petitioner is granted leave to serve the subpoenas attached as Exhibits "A-K" to the Application on Standard Chartered Bank, Citigroup Inc. d/b/a Citibank, Bank of New York Mellon Corporation, JP Morgan Chase Bank N.A., Goldman Sachs and Co., Bank of America N.A., Deutsche Bank A.G., Deutsche Bank Trust Company Americas, HSBC Bank, Societe Generale, and M&T Bank Corporation, respectively.

IT IS FURTHER ORDERED that the foregoing is without prejudice to the rights of Respondents to file a motion to vacate or quash.  To the extent Respondents opt to file a motion to vacate or quash, Respondents' motion is due by **March 30, 2022**; Petitioner's opposition is due by **April 27, 2022**; and Respondents' reply is due by **May 11, 2022**, without prejudice to the parties agreeing to a different briefing schedule.

IT IS SO ORDERED.

Dated: __2/23/2022_____, 2022

                                             _____
                                             United States District Judge