USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 22-MC-57 (VEC)
IN RE: EX PARTE APPLICATION OF :
NEBAHAT EVYAP : ORDER
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Petitioner filed this case on February 22, 2022, *see* Dkt. 1;

WHEREAS on February 23, 2022, the Court approved Petitioner's application pursuant to 28 U.S.C. § 1782, and ordered that, to the extent Respondents opt to file a motion to vacate or quash, Respondents' motion was due by March 30, 2022, *see* Dkt. 6; and

WHEREAS to date, Respondents have not filed a motion to vacate or quash;

IT IS HEREBY ORDERED that this case is CLOSED. The Clerk of Court is respectfully directed to close all open motions and to terminate this case.

SO ORDERED.

Date: April 5, 2022
New York, New York

VALERIE CAPRONI
United States District Judge